UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHY WU AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>        Plaintiffs,<br><br>vs.<br><br>FRESH, INC.,<br><br>        Defendant. | Case No. 1:17-CV-06535<br>**STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Date: October ___, 2017

_/s/ Justin Zeller_
Justin A. Zeller, Esq.
**LAW OFFICE OF JUSTIN A. ZELLER**
277 Broadway (Suite 408)
New York, NY 10007

E-mail: jazeller@zellerlegal.com

*Attorneys for Plaintiffs*

SO ORDERED:

_/s/ Shira M. Blank_
Joshua A. Stein, Esq. Shira M. Blank
**EPSTEIN, BECKER & GREEN P.C.**
250 Park Avenue
New York, NY 10177

E-mail: jstein@ebglaw.com

*Attorneys for Defendant*

Date: November 3, 2017

_/s/ J. Paul Oetken_
J. PAUL OETKEN
United States District Judge